Certificate Number: 14912-PR-DE-026886560

Bankruptcy Case Number: 15-08458



14912-PR-DE-026886560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2016, at 7:04 o'clock PM EST, Vilmarys Ocasio completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: February 2, 2016

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor