IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VILMARYS OCASIO NEGRON<br><br>xx-xx-8683<br><br>Debtor | CASE NO. 15-08458-ESL13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON FEB/03/2020 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion requesting entry of order to compel 2015, 2017 and 2018 income tax refunds, filed by Chapter 13 Trustee, docket #30.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 3 day of February, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge